A CERTIFIED TRUE COPY

JUL 24 2000

ATTEST: LaJauna Snider
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

July 6, 2000

MICHAEL J. BECK
CLERK OF THE PANEL

*DOCKET NO. 1203*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)* 00-1465 MJD/RLE

## *CONDITIONAL TRANSFER ORDER (CTO-59)*

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 2,255 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Louis C. Bechtle.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bechtle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 181 F.R.D. 1, 10, the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Louis C. Bechtle.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 24 2000

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

(5)

FILED JUL 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 07/26/00
ATTEST: Nicole Picariello
DEPUTY CLERK, UNITED STATES DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

July 6, 2000

MICHAEL J. BECK
CLERK OF THE PANEL

# SCHEDULE CTO—59 — TAG ALONG CASES
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| ALABAMA NORTHERN | | |
| ALN | 2 | 00-1203 |
| ALN | 2 | 00-1359 |
| ALN | 4 | 00-1435 |
| ARKANSAS EASTERN | | |
| ARE | 3 | 00-198 |
| ARE | 3 | 00-202 |
| ARKANSAS WESTERN | | |
| ARW | 5 | 00-5074 |
| ARW | 5 | 00-5114 |
| CALIFORNIA NORTHERN | | |
| CAN | 5 | 00-20576 |
| FLORIDA MIDDLE | | |
| FLM | 8 | 00-1060 |
| FLM | 8 | 00-1061 |
| FLM | 8 | 00-1062 |
| FLM | 8 | 00-1125 |
| FLM | 8 | 00-1126 |
| FLORIDA SOUTHERN | | |
| FLS | 1 | 00-1643 |
| FLS | 1 | 00-1647 |
| GEORGIA MIDDLE | | |
| ~~GAM~~ | ~~7~~ | ~~00-72~~ opposed |
| ~~GAM~~ | ~~7~~ | ~~00-73~~ opposed |
| IDAHO | | |
| ID | 3 | 00-250 |
| ILLINOIS CENTRAL | | |
| ILC | 2 | 00-2130 |
| INDIANA SOUTHERN | | |
| INS | 1 | 00-241 |
| INS | 2 | 00-41 |
| LOUISIANA EASTERN | | |
| LAE | 2 | 00-1565 |
| LAE | 2 | 00-1566 |
| MASSACHUSETTS | | |
| MA | 1 | 00-11062 |
| MARYLAND | | |
| MD | 1 | 99-2548 |
| MD | 1 | 00-1633 |
| MD | 1 | 00-1635 |
| MD | 1 | 00-1640 |
| MD | 1 | 00-1776 |
| MD | 1 | 00-1777 |
| MD | 1 | 00-1779 |
| MD | 1 | 00-1780 |
| MD | 8 | 00-1630 |
| MD | 8 | 00-1631 |
| MD | 8 | 00-1632 |
| MD | 8 | 00-1634 |
| MD | 8 | 00-1639 |
| MD | 8 | 00-1778 |
| MINNESOTA | | |
| MN | 0 | 00-1368 |
| MN | 0 | 00-1374 |
| MN | 0 | 00-1422 |
| MN | 0 | 00-1424 |
| MN | 0 | 00-1425 |
| MN | 0 | 00-1426 |
| MN | 0 | 00-1427 |
| MN | 0 | 00-1428 |
| MN | 0 | 00-1429 |
| MN | 0 | 00-1430 |
| MN | 0 | 00-1431 |
| MN | 0 | 00-1462 |
| MN | 0 | 00-1463 |
| MN | 0 | 00-1465 |
| MISSISSIPPI NORTHERN | | |
| MSN | 2 | 00-89 |
| NORTH CAROLINA EASTERN | | |
| NCE | 7 | 00-95 |
| NORTH CAROLINA WESTERN | | |
| NCW | 1 | 00-103 |
| NCW | 3 | 00-220 |
| NORTH DAKOTA | | |
| ND | 3 | 00-77 |
| ND | 3 | 00-78 |
| ND | 3 | 00-79 |
| ND | 3 | 00-80 |
| ND | 3 | 00-81 |
| NEBRASKA | | |
| NE | 8 | 00-328 |
| NE | 8 | 00-347 |
| NEW MEXICO | | |
| NM | 1 | 00-601 |
| ~~NM~~ | ~~1~~ | ~~00-638~~ opposed |
| NEVADA | | |
| ~~NV~~ | ~~2~~ | ~~00-90~~ opposed |
| NV | 3 | 99-552 |
| OHIO NORTHERN | | |
| OHN | 4 | 00-1352 |
| OHIO SOUTHERN | | |
| OHS | 1 | 99-1036 |
| OKLAHOMA WESTERN | | |
| OKW | 5 | 00-946 |
| TEXAS NORTHERN | | |
| TXN | 3 | 00-1164 |
| UTAH | | |
| UT | 1 | 00-42 |
| UT | 2 | 00-430 |
| UT | 2 | 00-431 |
| UT | 2 | 00-432 |
| VIRGINIA EASTERN | | |
| VAE | 1 | 00-777 |
| VIRGINIA WESTERN | | |
| VAW | 6 | 00-50 |
| WASHINGTON EASTERN | | |
| WAE | 2 | 00-194 |
| WAE | 2 | 00-195 |
| WASHINGTON WESTERN | | |
| WAW | 2 | 00-879 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

July 25, 2000

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

RECEIVED BY MAIL
JUL 31 2000
CLERK US DIST COURT
ST. PAUL, MN

Francis E. Dosal, Clerk
U.S. DISTRICT COURT
DISTRICT OF MINNESOTA
708 Warren E. Burger Fed. Bldg.
316 North Robert Street
St. Paul, MN 55101

RE: Diet Drugs Products Liability Litigation, MDL 1203
Cases on the Attached Schedule

Dear Clerk:

Enclosed is a certified copy (or copies) of an order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above Civil Action(s) to this district under 28 U.S.C. §1407.

**Panel Rule 19(a) has been suspended in this litigation. Please provide only a certified copy of the docket entries and a certified copy of the complaint together with any amendedments to the complaint.**

**DO NOT FORWARD THE ORIGINAL RECORD(S).** (See Pretrial Order No. 2 enclosed)

Should you have any questions regarding this request, please call me at (267) 299-7017.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: Nicole Picariello
Nicole Picariello, Deputy Clerk
Multidistrict Litigation

Enclosures

FILED
JAN - 9 1998
MICHAEL E. KUNZ, Cle
By ______ Dep. C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) : MDL DOCKET NO. 1203

THIS DOCUMENT RELATES TO ALL ACTIONS :

PRETRIAL ORDER #2

AND NOW, this 7th day of January, 1998, for the purposes of MDL 1203 and until further notice of the transferee court, this order changes the duties of a transferor court under Rule 19(a), (b) and (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as follows:

Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court only a certified copy of both the docket sheet and the complaints together with amendments, if any. The clerk of the transferor court shall mark the case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding any civil action covered by that transfer order are to be filed in the transferee court.

LOUIS C. BECHTLE, J.